**SIMKE, CHODOS & SASAKI, LLP**
**JUDITH M. SASAKI (Bar #119442)**
**DAVID A. PASH (Bar #111124)**
**1880 Century Park East, Suite 1511**
**Los Angeles, California 90067-1615**
**Telephone:** (310) 203-3888
**Fax:** (310) 203-3866

Attorneys for Defendants
Christopher Belland and John Petrovitz

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QED PRODUCTIONS, LLC, et al. ) | **Case No. 07-CV-00225 SVW (SSx)** |
| ) | [The Hon. Stephen V. Wilson] |
| Plaintiffs, ) | |
| ) | **ORDER GRANTING APPLICATION** |
| vs. ) | **OF MARTIN GARBUS TO BE** |
| ) | **ADMITTED PRO HAC VICE** |
| JAMES NESFIELD, et al. ) | |
| ) | |
| Defendants. ) | |

The application of Martin Garbus of New York to be admitted *pro hac vice* in the above-entitled action is hereby GRANTED.

DATED: <u>January 7, 2009</u>

_____
STEPHEN V. WILSON
JUDGE OF THE UNITED STATES
DISTRICT COURT