1  MCGUIREWOODS LLP
   DAVID B. VAN ETTEN #119049
2  LESLIE M. WERLIN #67994
   1800 Century Park East, 8th Floor
3  Los Angeles, California 90067
   Telephone: (310) 315-8200
4  Facsimile: (310) 315-8210
   DVanetten@mcguirewoods.com
5  LWerlin@mcguirewoods.com

6  SHERMAN & HOWARD, L.L.C.
   Mark W. Williams (appearing *Pro Hac Vice*)
7  Marcy M. Heronimus (appearing *Pro Hac Vice*)
   633 Seventeenth Street, Suite 3000
8  Denver, CO  80202
   MWilliams@shermanhoward.com
9  MHeronimus@shermanhoward.com

10 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| QED Productions, LLC, et al., | CASE NO. 07-CV-00225-SVW (SSx) |
|---|---|
| Plaintiffs, | The Hon. Hon. Stephen V. Wilson Dept. 6 |
| vs. | |
| James Nesfield, et al., | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PETER BLUMEN** |
| Defendants. | |

21        Pursuant to Fed.R.Civ.P. Rule 41, Plaintiffs hereby dismiss their claims
22 against Defendant Peter Blumen, and Defendant Peter Blumen only, without
23 prejudice.  All claims against all other defendants remain.

25 DATED:  March 12, 2009

1
2      Respectfully submitted,
3
       SHERMAN & HOWARD L.L.C.
4
5
       By: _____
6              Mark W. Williams
               Attorneys for Plaintiffs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PETER BLUMEN
CASE NO. 07-CV-00225-SVW (SSx)

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PETER BLUMEN** was electronically filed and served via CM/ECF this 12th day of March, 2009, upon:

Jack Cairl (E-mail: jcairl@oslaw.com)
Pierce O'Donnell (E-mail: pod@oslaw.com)
O'Donnell and Associates
550 S. Hope Street, Suite 1000
Los Angeles, CA 90071

David Pash (E-mail: dap@dpashlaw.com)
David A Pash Law Offices
1880 Century Park East, Suite 1511
Los Angeles, CA 90013

Judith Sasaki (E-mail: jms@scsattys.com)
Simke Chodos and Sasaki
1880 Century Park East, Suite 1511
Los Angeles, CA  90013

and via overnight delivery to:

Peter F. Paul
1854A Hendersonville Rd #10
Asheville, NC  28803

Sean P. Sheppard
Andersen Firm
1200 Plantation Island Drive South
Suite 220
St. Augustine, FL  32080

s/ Deborah J. Meyer

2
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PETER BLUMEN
CASE NO. 07-CV-00225-SVW (SSx)