ROBERT E. KOHN, SBN 200373
Email: rkohn@enensteinlaw.com
ENENSTEIN & RIBAKOFF, APC
233 Wilshire Blvd., Suite 900
Santa Monica, CA 90401
Phone: (310) 899-2070 / Fax: (310) 496-1930

LUKE A. McGRATH, pro hac vice
Email: lmcgrath@dunnington.com
DUNNINGTON, BARTHOLOW & MILLER, LLP
1359 Broadway, Sixth Floor
New York, NY 10018
Phone: (212) 682-8811 / Fax: (212) 661-7769

Counsel for Plaintiff STAN LEE MEDIA, INC.,
a Colorado corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LEE MEDIA, INC., a Colorado corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAN LEE, an individual, QED PRODUCTIONS, LLC, a Delaware limited liability company, and POW! ENTERTAINMENT, INC., a Delaware corporation,<br><br>　　　　Defendants. | CASE NO. 07-CV-0225-SVW (SSx)<br>CASE NO. 07-CV-4438-SVW (SSx)<br>CASE NO. 09-CV-2340-SVW (PJWx)<br><br>Assigned to Hon. Stephen V. Wilson<br>Courtroom 6<br><br><br>**CERTIFICATE OF SERVICE** |

---

**CERTIFICATE OF SERVICE**


# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2011, a true and correct copy of the **CONSOLIDATED COMPLAINT OF STAN LEE MEDIA, INC.** was served via e-mail and U.S. Mail to the following:

Jack Cairl, Esq.
LAW OFFICES OF JACK G. CAIRL
10250 Constellation Boulevard, Suite 2900
Los Angeles, CA 90067
cairl@ikplaw.com

Martin Garbus, Esq.
EATON & VAN WINKLE LLP
3 Park Avenue, 16th Floor
New York, NY 10016
MGarbus@evw.com

David A. Pash, Esq.
DAVID A. PASH LAW OFFICES
1880 Century Park East, Suite 1511
Los Angeles, CA 90013
dap@dpashlaw.com

Judith M. Sasaki, Esq.
SIMKE CHODOS AND SASAKI
1880 Century Park East, Suite 1511
Los Angeles, CA 90013
jms@scsattys.com

Peter F. Paul, 78802-012
FCI LA TUNA
Federal Correctional Institution
P.O. Box 3000
Anthony, TX 88021

| | |
|---|---|
| 1 | Leslie M. Werlin, Esq.<br>MCGUIRE WOODS LLP |
| 2 | 1800 Century Park East, 8th Floor |
| 3 | Los Angeles, California 90067<br>LWerlin@mcguirewoods.com |
| 4 | |
| 5 | Mark W. Williams<br>Marcy M. Heronimus |
| 6 | SHERMAN & HOWARD, L.L.C. |
| 7 | 633 Seventeenth Street, Suite 3000<br>Denver, Colorado 80202 |
| 8 | MWilliams@shermanhoward.com |
| 9 | MHeronimus@shermanhoward.com |
| 10 | Luke A. McGrath, Esq. |
| 11 | DUNNINGTON, BARTHOLOW & MILLER, LLP |
| 12 | 1359 Broadway, Sixth Floor<br>New York, NY 10018 |
| 13 | lmcgrath@dunnington.com |
| 14 | David B. van Etten, Esq. |
| 15 | VAN ETTEN SUZUMOTO & SIPPRELLE LLP |
| 16 | 5707 Corsa Avenue, Suite 202<br>Westlake Village, CA 91362 |
| 17 | dvanetten@vsslawyers.com |
| 18 | Pierce O'Donnell, Esq. |
| 19 | O'DONNELL & ASSOCIATES |
| 20 | 800 Wilshire Blvd Ste 500<br>Los Angeles, CA 90017 |
| 21 | pod@oslaw.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2
**CERTIFICATE OF SERVICE**

1 Sean P. Sheppard, Esq.
SHEPPARD & SHEPPARD, LLC
2 1301 Plantation Island Drive South
Suite 302B
3 St. Augustine, FL 32080
4 sean@sheppardpa.net

5

6

7                                    By:/s/ Vanessa Watson
                                          VANESSA WATSON
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28