## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-0225 SVW (SSx)    JS-5<br>CV 07-4438 SVW (SSx)<br>CV 09-2340 SVW (PJWx) | Date | February 15, 2011 |
|---|---|---|---|
| Title | Qed Productions LLC et al v. James Nesfield et al<br>Stan Lee Media, Inc. v. Stan lee et al.<br>Jose Abadin v. Stan Lee | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER re Case Consolidation

The Court, having lifted the stay on its order of January 24, 2011, consolidates the following cases:  CV 07-0225 SVW (SSx); CV 07-4438 SVW (SSx); CV 09-2340 SVW (PJWx). Case number CV 07-0225 SVW (SSx) is designated as the lead case. All filings shall occur in the lead case. Case numbers CV 07-4438 SVW (SSx) and CV 09-2340 SVW (PJWx) are administratively closed.

The Court further orders that the caption in the lead case be amended as it is reflected in the consolidated complaint [152].

                                                                                                        :
                                                      Initials of Preparer            PMC