1  MCGUIRE WOODS LLP
   LESLIE M. WERLIN #67994
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4  LWerlin@mcguirewoods.com

5  SHERMAN & HOWARD, L.L.C.
   Mark W. Williams (appearing *Pro Hac Vice*)
6  Marcy M. Heronimus (appearing *Pro Hac Vice*)
   633 Seventeenth Street, Suite 3000
7  Denver, Colorado 80202
   MWilliams@shermanhoward.com
8  MHeronimus@shermanhoward.com

9  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STAN LEE MEDIA, INC., a Colorado corporation, | CASE NO. 07-CV-00225-SVW (SSx) |
|---|---|
| Plaintiff, | [Consolidated with Case Nos. 07-4438-SVW (SSx) and 09-CV-2340-SVW (PJWx)] |
| vs. | Assigned to Hon. Stephen V. Wilson Courtroom 6 |
| STAN LEE, an individual, et al., | **STIPULATION RE DUE DATE FOR RESPONSE TO CONSOLIDATED COMPLAINT OF STAN LEE MEDIA, INC.** |
| Defendants. | [Proposed Order lodged concurrently] |

STIPULATION RE: DUE DATE FOR RESPONSE TO CONSOLIDATED COMPLAINT

## **STIPULATION**

WHEREAS, a consolidated complaint for Plaintiff Stan Lee Media, Inc. ("SLMI") was filed and served by mail on February 14, 2011.

WHEREAS, Defendants Stan Lee, QED Productions, LLC and POW! Entertainment, Inc. ("Defendants") believe that it is unclear as to whether the consolidated complaint is an "initial complaint" or an "amended complaint," and that therefore the due date for responding is unclear under the rules. Defendants further believe that if the consolidated complaint is deemed to be an "initial complaint," their time to respond thereto can be extended without court order pursuant to Local Rule 8-3, but submit this stipulation and request for an order out of an abundance of caution.

WHEREAS, SLMI believes that its complaint is not an "initial complaint" or an "amended complaint" but that, because SLMI was previously named as a defendant, the deadline for responding to SLMI's consolidated complaint is 21 days after service of that complaint on February 14, 2011, plus 3 days for service by mail, pursuant to Rules 5(b)(2)(C), 6(d) and 12(a)(1)(B) of the Federal Rules of Civil Procedure.

WHEREAS, SLMI and the Defendants agree that the due date for responding to SLMI's consolidated complaint is currently March 10, 2011.

WHEREAS, Defendants have requested that the deadline be extended to March 16, 2011, and SLMI consents to that request.

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST AS FOLLOWS:

That the Court should order that the due date for Defendants to respond to the Consolidated Complaint of Stan Lee Media, Inc. (filed and served by mail on February 14, 2011) be extended from March 10, 2011 to and including March 16, 2011.

IT IS SO STIPULATED.

DATED: February 25, 2011

SHERMAN & HOWARD, L.L.C.

By: /s/ Marcy M. Heronimus
Marcy M. Heronimus
Attorney for Defendants

DATED: February 25, 2011

ENENSTEIN & RIBAKOFF, APC

By: /s/ Robert E. Kohn
Robert E. Kohn
Attorney for Plaintiff Stan Lee Media, Inc.

STIPULATION RE: DUE DATE FOR RESPONSE TO CONSOLIDATED COMPLAINT