# David Pash

| | |
|---|---|
| **From:** | mgarbus@evw.com |
| **Sent:** | Tuesday, February 15, 2011 3:38 AM |
| **To:** | Vanessa Watson; Jack G. Cairl; David Pash; Judith M. Sasaki; LWerlin@mcguirewoods.com; Mark M. Williams; MHeronimus@shermanhoward.com; lmcgrath@dunnington.com; dvanetten@vsslawyers.com; Pierce O'Donnell; Sean P. Sheppard |
| **Cc:** | Robert Kohn; Fredda Tourin |
| **Subject:** | Re: Stan Lee Media, Inc. v. Stan Lee |

I no longer represent any of the parties

spelling may be incorrect Sent from my Verizon Wireless BlackBerry

---

**From:** Vanessa Watson <VWatson@enensteinlaw.com>
**Date:** Tue, 15 Feb 2011 00:58:12 +0000
**To:** cairl@ikplaw.com<cairl@ikplaw.com>; MGarbus@evw.com<MGarbus@evw.com>; dap@dpashlaw.com<dap@dpashlaw.com>; jms@scsattys.com<jms@scsattys.com>; LWerlin@mcguirewoods.com<LWerlin@mcguirewoods.com>; MWilliams@shermanhoward.com<MWilliams@shermanhoward.com>; MHeronimus@shermanhoward.com<MHeronimus@shermanhoward.com>; lmcgrath@dunnington.com<lmcgrath@dunnington.com>; dvanetten@vsslawyers.com<dvanetten@vsslawyers.com>; Pierce O'Donnell<pod@oslaw.com>; sean@sheppardpa.net<sean@sheppardpa.net>
**Cc:** Robert Kohn<RKohn@enensteinlaw.com>
**Subject:** Stan Lee Media, Inc. v. Stan Lee

Dear Counsel,

Please find attached the following documents:

1.  Consolidated Complaint of Stan Lee Media, Inc.

2.  Certificate of Service

Vanessa Watson, *Legal Secretary*
Enenstein & Ribakoff, APC
233 Wilshire Boulevard, Suite 900
Santa Monica, CA 90401
Tel: 310-899-2070
Fax: 310-496-1930
vwatson@enensteinlaw.com
www.enensteinlaw.com

This email, including any attachments, is confidential and privileged. If you are not an intended recipient, please delete the email and notify the sender.

4/4/2011