ROBERT E. KOHN, SBN 200373
Email: rkohn@kohnlawgroup.com
KOHN LAW GROUP, INC.
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Phone: (310) 461-1520
Fax: (310) 461-1304

LUKE A. McGRATH, *pro hac vice*
Email: lmcgrath@dunnington.com
DUNNINGTON, BARTHOLOW &
MILLER, LLP
1359 Broadway, Sixth Floor
New York, NY 10018
Phone: (212) 682-8811
Fax: (212) 661-7769

Counsel for Plaintiff STAN LEE MEDIA,
INC., a Colorado corporation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STAN LEE MEDIA, INC., a Colorado corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>STAN LEE, an individual, et al.<br><br>             Defendants. | CASE NO. 07-CV-0225-SVW (SSx)<br><br>[Consolidated with Case Nos. 07-4438-SVW (SSx) and 09-CV-2340-SVW (PJWx)]<br><br>Assigned to Hon. Stephen V. Wilson Courtroom 6<br><br>**SLMI'S NOTICE OF ISSUANCE OF RULING BY THE SECOND CIRCUIT IN <u>LEE v. MARVEL,</u> AND REQUEST TO RESTORE THIS CASE TO ACTIVE CALENDAR**<br><br>Date: April 23, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 6<br><br>Hon. STEPHEN V. WILSON |

**NOTICE OF ISSUANCE OF RULING BY THE SECOND CIRCUIT,
AND REQUEST TO RESTORE CASE TO ACTIVE CALENDAR**

| | |
|---|---|
| 1 | Pursuant to this Court's order of December 27, 2011, which moved this case to |
| 2 | inactive calendar (Docket No. 187), Plaintiff Stan Lee Media, Inc. ("SLMI") respectfully |
| 3 | informs the Court that the Second Circuit has issued its ruling in the case of <u>Lee v. Marvel</u> |
| 4 | <u>Enterprises, Inc.</u>, Case No. 11-831-cv, on appeal from an order by the Hon. Robert W. |
| 5 | Sweet of the Southern District of New York.  As provided in this Court's order of |
| 6 | December 27, 2011, SLMI respectfully requests the Court to restore this case to the active |
| 7 | calendar. |
| 8 | The Court should restore this action to the active calendar because the Second |
| 9 | Circuit's ruling of March 21, 2012 in the <u>Marvel</u> appeal removes the basis for the stay that |
| 10 | this Court had ordered on May 4, 2011.  In the ruling of May 4, 2011 (Docket No. 182), |
| 11 | this Court refrained from deciding whether *collateral estoppel* and/or *res judicata* might |
| 12 | apply.  The Court refrained because the appeal before the Second Circuit in <u>Marvel</u> might |
| 13 | have ramifications in this case.  *See* Docket No. 182 at p. 2.  The Court concluded: |
| 14 | Should the Second Circuit affirm <u>Marvel</u> on *res judicata* grounds, this Court |
| 15 | may be estopped from relitigating that issue.  Should the Second Circuit |
| 16 | reverse <u>Marvel</u> or affirm it without addressing the *res judicata* determination, |
| 17 | Judge Sweet's opinion will have no *collateral estoppel* effect.  <u>See</u> Charles A. |
| 18 | Wright, Arthur R. Miller, & Edwin H. Cooper, 18 Federal Practice & |
| 19 | Procedure § 4421 at 570 (2d ed. 2002) ("the federal decisions agree with the |
| 20 | Restatement view that once an appellate court has affirmed on one ground and |
| 21 | passed over another, preclusion does not attach to the ground omitted from its |
| 22 | decision.") (citing cases). |
| 23 | Docket No. 182 at p. 2. |
| 24 | The Second Circuit has now decided the <u>Marvel</u> appeal in a way that obviates the |
| 25 | *collateral estoppel* arguments of the Defendant Stan Lee, while leaving the *res judicata* |
| 26 | question open and unresolved.  A copy of the Second Circuit's ruling of March 21, 2012 |
| 27 | is attached as Exhibit 1 to this Notice and Request (and also as Exhibit A to the Lee |
| 28 | Defendants' Notice of Ruling by the Second Circuit Court of Appeals on Pending Matter, |

- 1 -

**NOTICE OF ISSUANCE OF RULING BY THE SECOND CIRCUIT,
AND REQUEST TO RESTORE CASE TO ACTIVE CALENDAR**

1 Docket No. 188).  The Second Circuit affirmed the denial of SLMI's motion for
2 intervention and for relief under Rule 60 of the Fed. R. Civ. P. in the closed case between
3 Lee and Marvel, and the Second Circuit did not address the *res judicata* portion of Judge
4 Sweet's opinion.  *See* Exhibit 1, *infra*, at page 6, lines 13-14 ("Having decided the matter
5 before us on the above grounds, we do not reach the issue of *res judicata*.").

6     According, SLMI respectfully requests the Court to restore this case to the active
7 calendar.

9 Dated:  March 21, 2012      **KOHN LAW GROUP, INC.**
                                          **DUNNINGTON, BARTHOLOW & MILLER, LLP**

11                                         By:/s/ Robert E. Kohn
                                            Robert E. Kohn
                                            Counsel for Plaintiff STAN LEE MEDIA, INC., a Colorado corporation

- 2 -

**NOTICE OF ISSUANCE OF RULING BY THE SECOND CIRCUIT,
AND REQUEST TO RESTORE CASE TO ACTIVE CALENDAR**