MCGUIREWOODS LLP
LESLIE M. WERLIN SBN #067994
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
LWerlin@mcguirewoods.com

GANFER & SHORE, LLP
Ira Brad Matetsky (appearing *pro hac vice*)
360 Lexington Avenue
New York, New York 10017
imatetsky@ganfershore.com

SHERMAN & HOWARD, L.L.C.
Mark W. Williams (appearing *Pro Hac Vice*)
Marcy M. Heronimus (appearing *Pro Hac Vice*)
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
MWilliams@shermanhoward.com
MHeronimus@shermanhoward.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LEE MEDIA, INC., a Colorado corporation,,<br><br>              Plaintiff,<br><br>    vs.<br><br>STAN LEE, an individual, et al.,,<br><br>              Defendant. | CASE NO. 07-CV-00225-SVW (SSx)<br><br>[Consolidated with Case No. 07-4438-SVW (SSx) and 09-CV-2340-SVW (PJWx)]<br><br>The Honorable Stephen V. Wilson<br>Courtroom 6<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:    July 9, 2012<br>Time:   1:30 p.m.<br>Courtroom  6 |

Defendants respond to Plaintiff Stan Lee Media, Inc.'s ("SLMI") Request for Judicial Notice (Docket No. 199).  SLMI has requested that the Court take judicial notice of various filings and correspondence in the *Abadin I* action litigated before Judge Crotty in 2009-2010 in the Southern District of New York.

Defendants have no objection to the Court's taking judicial notice of the

40356348.1

documents submitted by SLMI, so long as notice is also taken of the documents submitted by Defendants as exhibits to the Declaration of Ira Brad Matetsky dated June 26, 2012 and authenticated by such Declaration (Docket No. 200). Defendants observe that in many instances, the documents submitted by SLMI and by Defendants are the same documents.

Dated:  July 3, 2012

Respectfully submitted,

By: _____
GANFER & SHORE, LLP
Ira Brad Matetsky
Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2012, a true and correct copy of the foregoing DEFENDANTS' RESPONSE TO REQUEST FOR JUDICIAL NOTICE was served via U.S. Mail to the following:

Pierce Henry O'Donnell
O'Donnell & Associates
800 Wilshire Boulevard Suite 500
Los Angeles, CA 90017

Sean P Sheppard
Andersen Firm
1200 Plantation Island Drive South
Suite 220
St Augustine, FL 32080

Peter F. Paul, 78802-012
FCI LA TUNA
Federal Correctional Institution
P.O. Box 3000
Anthony, TX 88021

Peter F Paul
11 Graylyn Drive
Fairview, NC 28730

By: /s/ Leslie M. Werlin
McGUIREWOODS LLP
Leslie M. Werlin
Attorney for Defendants